UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DOUGLAS GREGORY,<br>    Plaintiff<br><br>v.<br><br>CENTREVILLE SAVINGS BANK, et al.,<br>    Defendants. | C.A. No. 11-423-M-PAS |

## ORDER

Plaintiff filed a complaint against his former employer and its CEO, President, and Board Chair alleging violations of both state and federal age discrimination laws. (ECF No. 1.) The Defendants moved for summary judgment after completion of discovery. (ECF No. 12.) The Plaintiff filed objections (ECF Nos. 17 and 19) and the Defendants filed a reply. (ECF No. 20.) The Court referred the matter on November 6, 2012 to Magistrate Judge Patricia A. Sullivan for a report and recommendation.

The Magistrate Judge issued a Report and Recommendation (R&R) (ECF No. 22) recommending that the Court grant summary judgment in favor of the Defendants. The Plaintiff timely filed an objection to the R&R. (ECF No. 23.)

In passing on an objection to the R&R, the Court reviews de novo the R&R and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Upon consideration of the R&R, and upon a de novo review of the entire record in this matter, Plaintiff's Objection is denied for the reasons set forth in the thorough and very well-reasoned R&R. The R&R (ECF No. 22) is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1). Accordingly, the Defendants' Motion for Summary Judgment (ECF No. 12) is GRANTED.

SO ORDERED:

_____
John J. McConnell, Jr.
United States District Judge

January 22, 2013